1    ~~Magistrate Judge Grady J. Leupold~~

2

3

4

5

6

7                UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF WASHINGTON
8                               AT SEATTLE

9
RANA VARGHESE PAYAPPILLY, *et al.*,          Case No. 2:25-cv-00230-~~GJL~~ TL
10
                              Plaintiffs,      STIPULATED MOTION TO HOLD
11                                             CASE IN ABEYANCE AND
          v.                                   ~~[PROPOSED]~~ ORDER
12
PAMELA BONDI, *et al.*,[1]                     Noted for Consideration:
13                            Defendants.      May 2, 2025

14

15          For good cause, Plaintiffs and Defendants, by and through their counsel of record,

16   pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby

17   jointly stipulate and move to stay these proceedings until August 20, 2025.  Plaintiffs brought

18   this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter*

19   *alia*, to compel USCIS to adjudicate their Form I-130, Petition for Alien Relative.  Defendants'

20   response to the Complaint is currently due on May 2, 2025.  The parties are currently working

21   towards a resolution to this litigation.

22   //

23   _____
     [1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Attorney General Pamela Bondi for
     Merrick B. Garland, Department of Homeland Security Secretary Kristi Noem for Alejandro Mayorkas, and U.S.
24   Citizenship and Immigration Services ("USCIS") Senior Official Performing the Duties of the Director Kika Scott
     for Ur M. Jaddou.

1    Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706

2  (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

3  control the disposition of the causes on its docket with economy of time and effort for itself, for

4  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

5    With additional time, this case may be resolved without the need of further judicial

6  intervention. USCIS issued a Request for Evidence ("RFE") to Plaintiffs concerning the Form I-

7  130 at issue here. The deadline for USCIS to receive Plaintiffs' RFE response is June 20, 2025.

8  USCIS cannot continue processing the Form I-130 until it receives and has time to review

9  Plaintiffs' RFE response. Once processing is completed, the parties agree that this mandamus

10  case will be moot.

11    As additional time is necessary for this to occur, the parties request that the Court hold

12  the case in abeyance until August 20, 2025. The parties will submit a status update on or before

13  August 20, 2025.

14    DATED this 2nd day of May, 2025.

15  Respectfully submitted,

16  TEAL LUTHY MILLER                    GILLIN LAW GROUP, PLLC
    Acting United States Attorney

17  *s/ Michelle R. Lambert*                 *s/ Brandon S. Gillin*

18  MICHELLE R. LAMBERT, NYS #4666657        BRANDON S. GILLIN, WSBA#44761
    Assistant United States Attorney         Gillin Law Group, PLLC

19  United States Attorney's Office          19910 50th Avenue W, Ste. 205
    Western District of Washington           Lynwood, Washington 98036

20  1201 Pacific Avenue, Suite 700           Phone: 425-947-1130
    Tacoma, Washington 98402                 Email: brandon@gillinlaw.com

21  Phone: (206) 553-7970                    *Attorneys for Plaintiffs*
    Fax:    (206) 553-4067

22  Email: michelle.lambert@usdoj.gov

23  *Attorneys for Defendants*

24  *I certify that this memorandum contains 274*
    *words, in compliance with the Local Civil Rules.*

1

**[PROPOSED] ORDER**

2      The case is held in abeyance until August 20, 2025.  The parties shall submit a status

3  update on or before August 20, 2025.  It is so **ORDERED**.

4

5      DATED this 6th day of May 2025.

6

7

TANA LIN
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00230-GJL TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800